1  Robert T. Kugler (MN #0194116)
   Edwin H. Caldie (MN #0388930)
2  Andrew J. Glasnovich (MN #0398366)
3  STINSON LEONARD STREET LLP
   50 S 6th Street, Suite 2600
4  Minneapolis, MN 55402
   Tel: (612) 335- 1500
5  Robert.Kugler@stinson.com
   Ed.Caldie@stinson.com
6  Drew.Glasnovich@stinson.com

7  *Counsel for the Official Committee of Unsecured Creditors*

8

9           IN THE DISTRICT COURT OF GUAM
                 TERRITORY OF GUAM
10              BANKRUPTCY DIVISION

11 | In re:                        | Chapter 11 Bankruptcy        |
12 | ARCHBISHOP OF AGAÑA,          | Case No. 19-00010            |
13 | a Corporation Sole,           |                              |
14 |                               |                              |
15 |              Debtor.          |                              |
16 |                               |                              |
17 | OFFICIAL COMMITTEE OF         |                              |
   | UNSECURED CREDITORS,          | Adversary Proceeding         |
18 |              Plaintiff,       | Case No.                     |
19 |        v.                     | **COMPLAINT (DECLARATORY**   |
   |                               | **JUDGMENT REGARDING PROPERTY** |
20 | ARCHBISHOP OF AGAÑA,          | **OF THE ESTATE)**           |
21 |                               |                              |
22 |              Defendant.       |                              |

23         The Official Committee of Unsecured Creditors ("Committee") alleges as follows upon

24 knowledge with respect to itself, and upon information and belief as to all other matters:

25                          **THE PARTIES**

26         1.   The Committee is the Official Committee of Unsecured Creditors appointed by the

27 United States Trustee pursuant to 11 U.S.C. § 1102(a)(1).

28

COMPLAINT (DECLARATORY JUDGMENT REGARDING PROPERTY OF THE ESTATE) 1

CORE/3515288.0002/151733284.1

2. Upon information and belief, the Archbishop of Agaña, a Corporation Sole ("Debtor"), organized under the laws of Guam, is the debtor in the above-captioned chapter 11 bankruptcy case.

## **JURISDICTION AND VENUE**

3. This Court has jurisdiction over this adversary proceeding pursuant to under 28 U.S.C. §§ 157(b) and 1334(b).

4. This proceeding is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (O).

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1409(a) because this is a core proceeding arising in a bankruptcy case pending in this district.

## **FACTUAL BACKGROUND**

6. On January 16, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

7. The Debtor's voluntary petition filing created an estate, as defined by 11 U.S.C. § 541(a), including all of the Debtor's legal or equitable interests in property as of the commencement of the case, and any interest in property that the estate acquires after the commencement of the case.

8. On the Petition Date, pursuant to 11 U.S.C. § 521 and Bankruptcy Rule 1007(b), the Debtor also filed its Statement of Financial Affairs ("Statement") and its Schedules of Assets and Liabilities ("Schedules").

9. In the Statement, Part 11, the Debtor attached Exhibits 8, 9, and 10, listing property owned by the Debtor but allegedly held "in Trust for Parishes and Schools." Attached as Exhibit A, and incorporated herein, is a true and correct copy of the Statement, Exhibits 8, 9, and 10. All the property listed on Exhibit A shall be referred to together as "Disputed Property."

CORE/3515288.0002/151733284.1

10. Upon information and belief, the Committee alleges that the Disputed Property belongs to the Debtor and should be scheduled as property of the estate.

11. Upon information and belief, the Committee alleges that the real property identified on Exhibit A ("Disputed Real Property") is in fact under the Debtor's complete control and domination, and that the Debtor owns the Disputed Real Property.

12. Upon information and belief, the Committee alleges that all of the personal property identified on Exhibit A ("Disputed Personal Property") is in fact under the Debtor's complete control and domination.

13. The Debtor has not scheduled the Disputed Property as assets of the estate.

14. Therefore, an actual controversy exists concerning whether the Disputed Property are assets of the estate.

## CAUSE OF ACTION
### (Declaratory Relief)

15. The Committee repeats and realleges each of the allegations contained in paragraphs 1 through 14.

16. In the Statement and Schedule, the Debtor did not include the Disputed Real Property and Disputed Personal Property as property of the estate.

17. The Committee contends that the Disputed Property is, in fact, property of the Debtor's estate free and clear of the interests of any other person or entity.

18. An actual controversy exists with respect to the interests of the estate in the Disputed Property.

19. Therefore, the Committee respectfully seeks an order of this Court declaring that the Disputed Property is property of the estate.

CORE/3515288.0002/151733284.1

1        WHEREFORE, the Committee prays for:

2        (a)  A declaratory judgment that the Disputed Property is property of the estate free of the

3 interests of any other person or entity; and

4        (b)  Such other and further relief as is just and equitable.

5

6 RESPECTFULLY SUBMITTED this 5th day of April, 2019.

7                  STINSON LEONARD STREET LLP

8

9                  */s/ Robert T. Kugler*
Robert T. Kugler

COMPLAINT (DECLARATORY JUDGMENT REGARDING PROPERTY OF THE ESTATE) 4

CORE/3515288.0002/151733284.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**
(LIST OF DISPUTED PROPERTY)

CORE/3515288.0002/151733284.1

EXHIBIT 8

| Description | Entity Name | Net Book Value |
|---|---|---|
| 2014 Hyundai Elantra Sedan | Dulce Nombre De Maria Cathedral-Basilica Catholic Church | $0.00 |
| 2009 Toyota RAV4 5 DR Wagon | Our Lady of the Blessed Sacrament Catholic Church | $0.00 |
| 2012 Hyundai Elantra 4 Dr Sedan | Our Lady of Mount Carmel Catholic Church | $0.00 |
| 2013 Toyota Yaris 5 dr Hatchback | Nino Perdido Y Sagrada Familia Catholic Church | $0.00 |
| 2017 Hyundai Tucson Wagon | San Vicente San Roke Catholic Church | $10,725.00 |
| 2016 Hyundai Tucson Wagon | San Vicente San Roke Catholic Church | $5,070.00 |
| 2013 Hyundai Tucson Wagon | San Vicente San Roke Catholic Church | |
| 2008 Hyundai Tucson Wagon | San Vicente San Roke Catholic Church | $0.00 |
| 2008 Lexus RX350 5 Dr Wagon | Our Lady of Peace and Safe Journey Catholic Church | $5,019.73 |
| 2018 Hyundai Elantra Sedan | Santa Barbara Catholic Church | |
| 2013 Honda CR-V | Santa Barbara Catholic Church | $898.58 |
| 2001 Mazda 3 | Santa Barbara Catholic Church | $3,450.00 |
| 2008 Toyota Highlander 5 Dr Wagon | The Saint Andrew Kim Catholic Church | $0.00 |
| 2017 Toyota Sienna LE | The Saint Andrew Kim Catholic Church | $20,479.16 |
| 2017 Honda CRV | Saint Joseph Catholic Church | $22,678.70 |
| | Our Lady of Purification | $0.00 |
| 2016 Hyundai Tucson Wagon | San Isidro Catholic Church | $15,986.74 |
| 2006 Toyota Scion XB | San Isidro Catholic Church | $0.00 |
| 2002 Toyota Highlander 5 Dr Wagon | Santa Teresita Catholic Church | $0.00 |
| 2010 Toyota Corolla 4 Dr Sedan | San Dimas/Our Lady of the Holy Rosary Catholic Church | $0.00 |
| 1980 Toyota Tercel Coupe | San Dimas/Our Lady of the Holy Rosary Catholic Church | $0.00 |
| 2012 Toyota Tacoma Truck | Our Lady of the Waters Catholic Church | $0.00 |
| 2008 Honda CRV | San Juan Bautista Catholic Church | $0.00 |
| 2001 Toyota Echo 4Dr Sedan | San Juan Bautista Catholic Church | $0.00 |
| 2016 Hyundai Accent Silver | San Juan Bautista Catholic Church | $8,866.03 |
| 2013 Honda Pilot Wagon | Assumption of Our Lady Catholic Church | $0.01 |
| 2007 Toyota Corolla 4 Dr Sedan | Our Lady of Guadalupe Catholic Church | $0.00 |
| 2005 Chevrolet Trail Blazer 4 Dr Wagon | Saint Jude Thaddeus Catholic Church | $0.00 |
| 2016 Buick Encore | Saint Jude Thaddeus Catholic Church | $12,666.72 |
| 2010 Toyota Corolla 4 Dr Sedan | San Miguel Catholic Church | $0.30 |
| 2017 GMC Acadia 5 Dr SUV | Saint Anthony Catholic Church | $22,305.00 |
| Toyota Prius | Saint Anthony Catholic Church | $4,812.12 |
| 2017 GMC Canyon | Saint Anthony Catholic Church | $23,332.40 |

| | | |
|---|---|---|
| 1995 Honda Civic Dx 4 Dr Sedan | Saint Anthony Catholic Church | |
| 2013 Hyundai Santa FE | Immaculate Heart of Mary Catholic Church | $0.00 |
| 2017 Honda CRV | Blessed Diego De San Vitores Catholic Church | $16,792.00 |
| 2014 Toyota Tacoma 4x2 Reg. Cab Pickup | Our Lady of Lourdes Catholic Church | $4,184.81 |
| 2012 KIA Sportage Wagon | Our Lady of Lourdes Catholic Church | $0.00 |
| 2009 Toyota Corolla 4 Dr Sedan | Our Lady of Lourdes Catholic Church | $0.00 |
| 2009 Mitsubishi Outlander Wagon | Chancery Office | $0.00 |
| 2008 Toyota RAV4 Wagon | Saint Francis Catholic Church | $0.00 |
| 2007 Ford Explorer Wagon | Our Lady of Lourdes Catholic Church | $0.00 |
| 2011 KIA Sportage | Santa Bernadita Catholic Church | $0.00 |
| 2010 Toyota Camry 2010 | Bishop Baumgartner Memorial Catholic School | $0.00 |
| Toyota Tacoma | Bishop Baumgartner Memorial Catholic School | $0.00 |
| 1994 Honda Accord LX 4 Dr Sedan | Bishop Baumgartner Memorial Catholic School | |
| 1994 Nissan SLD21 Pickup | Bishop Baumgartner Memorial Catholic School | |
| 1999 Honda Civic Dx 4 Dr Sedan | Bishop Baumgartner Memorial Catholic School | |
| 2009 Toyota Tacoma 4x2 Reg. Cab Pickup | Saint Anthony Catholic School | $0.00 |
| 2008 Chevrolet Express Van | Saint Anthony Catholic School | $0.00 |
| 2003 Honda Accord LX 4 Dr Sedan | San Vicente Catholic School | |
| 2006 Toyota Corolla 4 Dr Sedan | Kamalen Karidat | |
| 2005 Honda Odyssey Lx 5 Dr Wagon | Kamalen Karidat | |
| 2004 Buick Park Avenue 4 Dr Sedan | Kamalen Karidat | |
| 2003 Honda Accord LX 4 Dr Sedan | RMS Seminary | |
| 2004 Nissan Quest Van | RMS Seminary | |
| 2006 Toyota Corolla 4 Dr Sedan | RMS Seminary | |
| 2001 Honda Odyssey LX Van | RMS Seminary | |
| 1997 Honda Accord LX 4 Dr Sedan | RMS Seminary | |
| Toyota Sienna Van | Santa Barbara Catholic School | $0.00 |
| Toyota Tacoma Pick Up | Academy of Our Lady of Guam | $2,057.40 |
| 2014 Elantra Car | Academy of Our Lady of Guam | $3,710.70 |
| Toyota Rav4 | Academy of Our Lady of Guam | $1,555.61 |
| Chevrolet Van- Painting | Academy of Our Lady of Guam | $260.00 |
| Freight Liner Bus Painting | Academy of Our Lady of Guam | $583.28 |
| Freight Liner Logo & Sign | Academy of Our Lady of Guam | $260.71 |
| 2017 Collins School Bus | Academy of Our Lady of Guam | $86,450.00 |
| 2009 Honda Blue | Father Duenas Memorial School | $0.00 |
| 2015 Nissan Frontier | Father Duenas Memorial School | $3,440.00 |
| Van (STACHS) | Father Duenas Memorial School | $6,600.00 |
| Chevrolet Sonic - Silver | Father Duenas Memorial School | $15,635.10 |

| | | |
|---|---|---|
| 2008 Chevrolet Exp 15 Pax Van | Saint Anthony Catholic School | $0.00 |
| 2009 Toyota Tacoma | Saint Anthony Catholic School | $0.00 |
| | | |
| | | |

$297,820.10

EXHIBIT 9

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| AGA10 & AGA11 | Parish & School | Agana (Cathedral and AOLG) made up of 10 sub-lots | Archbishop of Agana | Dulce Nombre de Maria Cathedral-Basilica; St. Therese Chapel; | $9,500,000.00 |
| AGA6 | Parish & School | Agana (Cathedral and AOLG) made up of 10 sub-lots | Bishop of Guam | Dulce Nombre de Maria Cathedral-Basilica; St. Therese Chapel; Museum; Academy of Our Lady of Guam | $0.00 |
| AGA7 | Parish & School | Agana (Cathedral and AOLG) made up of 10 sub-lots | Bishop of Guam | Dulce Nombre de Maria Cathedral-Basilica; St. Therese Chapel; Museum; Academy of Our Lady of Guam | $0.00 |
| AGA9 | Cemetery | Pigo Cemetery | Archbishop of Guam | Pigo Cemetery | $0.00 |
| AGT3 | Cemetery | Agat Cemetery | Vicariate Apostolic of Guam, Bishop of Guam | Agat Cemetery | $0.00 |
| AGT5 | Parish | Agat, Church | Vicariate Apostolic of Guam, Bishop of Guam | Our Lady of Mount Carmel Church, Parish Offices, and School | $600,000.00 |
| AGT7 | Parish | Agat, for Santa Rita Parish only | Archbishop of Agana | | $50,000.00 |
| AGT8 | Parish | Agat, for Santa Rita Parish only | Archbishop of Agana | | $129,000.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| AHT1 & AHT2 | Parish | Agana Heights | Archbishop of Agana | Our Lady of the Blessed Sacrament Church, Rectory | $1,600,000.00 |
| AHT3 | Parish NT | Agana Height Parish | Archbishop of Agana | | $60,000.00 |
| ANG1 | Cemetery | Pigo Cemetery | Archbishop of Guam | Pigo Cemetery | $0.00 |
| ASA1 | Parish NT | Asan Church | Archdiocese of Agana | | $80,000.00 |
| ASA6 | Parish | Maina Church and rectory | The Catholic Church of Guam | Maina Church Social Hall | $250,000.00 |
| ASA7 | Parish | Asan Church | Vicariate Apostolic of Guam | Nino Perdido Y Sagrada Familia Catholic Church | $400,000.00 |
| AST1 | Parish | Astumbo Divine Mercy Chapel | Archbishop of Agana | Divine Mercy Chapel | $180,000.00 |
| BAR10 | Not AOA Property | Unidentified | Catholic Social Services | | $500,000.00 |
| BAR11 | Not AOA Property | Unidentified | Catholic Social Services | | $1,000,000.00 |
| BAR12 | Not AOA Property | Unidentified | Catholic Social Services | | $450,000.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| BAR15 | Not AOA Property | Unidentified | Religious Missionaries of Saint Dominic 2/3 interest; St. Anthony Church 1/12 interest; San Roque Church Barrigada 1/12 interest; Santa Maria Camarin Church Agana 1/12 interest; San Dionision Church Umatac 1/12 interest | St. Dominic's Senior Care Home | $2,000,000.00 |
| BAR16 | Parish | Barrigada Church | Vicariate Apostolic of Guam, Bishop of Guam | San Vicente Ferrer and San Roque Catholic Church | $0.00 |
| BAR17 | Parish | Barrigada Church | Vicariate Apostolic of Guam, Bishop of Guam | San Vicente Ferrer and San Roque Catholic Church | $1,000,000.00 |
| BAR18 | Parish | Barrigada Church | Bishop of Guam | San Vicente Ferrer and San Roque Catholic Church | $150,000.00 |
| BAR21 | Parish NT | Barrigada Church | Vicariate Apostolic of Guam, Bishop of Guam | | $80,000.00 |
| BAR22 | Parish & School | San Vicente School | Bishop of Guam | San Vicente School | $1,600,000.00 |
| BAR22 & 23 | School | San Vicente School | | | |
| BAR23 | Parish & School | San Vicente School | Bishop of Guam | Old Chapel | $350,000.00 |
| BAR24 | Parish & School | San Vicente School | Bishop of Guam | Old Chapel | $0.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| BAR25 | Parish & School | San Vicente School | Bishop of Guam | Old Convent/Old School Admin Building | $250,000.00 |
| BAR26 | Parish & School | San Vicente School | Bishop of Guam | | $0.00 |
| BAR27 | Parish | Barrigada Ponding Basin | Bishop of Guam | | $0.00 |
| BAR28 | School | San Vicente School | Archbishop of Agana | San Vicente School | $0.00 |
| BAR29 | Parish | Barrigada Ponding Basin | Bishop of Guam | | $0.00 |
| BAR30 | Parish & School | San Vicente School | Bishop of Guam | San Vicente School | $0.00 |
| BAR34 | Parish & School | San Vicente School | Bishop of Guam | San Vicente Catholic School | $0.00 |
| BAR35 | Parish & School | San Vicente School | Bishop of Guam | San Vicente Catholic School | $0.00 |
| CHP1 | Parish | Chalan Pago Church | Bishop of Guam | Nuestra Senora de la Paz Y Buen Viaje Catholic | $ 500,000.00 |
| CHP2 | Parish | Chalan Pago Church | Bishop of Guam | Nuestra Senora de la Paz Y Buen Viaje Catholic | $0.00 |
| CHP3 | Parish | Chalan Pago Church | Archdiocese of Agana | Nuestra Senora de la Paz Y Buen Viaje Catholic | $0.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| DED12 | Parish | Dededo Church | Archbishop of Agana | Santa Barbara Church | $1,000,000.00 |
| DED13 | Parish | Dededo House Lot for Priests | Archbishop of Guam | Santa Barbara Rectory | $250,000.00 |
| DED14 | Parish | Harmon Korean Catholic Church | Archdiocese of Agana | Saint Andrew Kim Catholic Church | $750,000.00 |
| DED15 | Parish | Harmon Korean Catholic Church | Archbishop of Agana | Saint Andrew Kim Catholic Church | $0.00 |
| DED18 | Parish & School | Tamuning Church and School | Vicariate Apostolic of Guam | St. Anthony Church and School | $6,200,000.00 |
| DED19 | Parish | Dededo Church | The Bishop of Guam | Santa Barbara Catholic School | $0.00 |
| DED2 | Not AOA Property | Unidentified | Catholic Social Services | | $320,000.00 |
| DED4~11; DED16 and DED17 | School | Unidentified | Bishop of Guam | Santa Barbara Catholic School | $2,000,000.00 |
| HAG1 | Cemetery | Pigo Cemetery (made up of 10 separate lots) | Archbishop of Agana | Pigo Cemetery | $0.00 |
| HAG2 | Cemetery | Pigo Cemetery | Archbishop of Agana | Pigo Cemetery | $0.00 |
| HAG3 | Cemetery | Unidentified | Catholic Cemeteries of Guam, Inc. | Pigo Cemetery | $0.00 |
| HAG4 | Cemetery | Unidentified | Catholic Cemeteries of Guam, Inc. | Pigo Cemetery | $0.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| HAG5 | Cemetery | Unidentified | Catholic Cemeteries of Guam, Inc. | Pigo Cemetery | $0.00 |
| HAG6 | Cemetery | Unidentified | Catholic Cemeteries of Guam, Inc. | Pigo Cemetery | $0.00 |
| HAG7 | Cemetery | Unidentified | Catholic Cemeteries of Guam, Inc. | Pigo Cemetery | $0.00 |
| HAG8 | Cemetery | Unidentified | Catholic Cemeteries of Guam, Inc. | Pigo Cemetery | $0.00 |
| INA1 | Parish | Malojloj Church | Archbishop of Agana | | $300,000.00 |
| INA3 | Cemetery | Unidentified | Inarajan Catholic Church | Inarajan Cemetery | $60k for 1.5 acres, non-cemetery use |
| INA5 | Parish | Inarajan Chruch | Roman Catholic Apostolic Church in Guam | St. Joseph Catholic Church | $480,000.00 |
| INA6 | Cemetery | Unidentified | Inarajan Roman Catholic Church | Catholic cemetery | $0.00 |
| MAC2 | Parish | Yigo Sta. Bernardita Chapel | Bishop of Guam | Santa Bernadita Church, Yigo | $350,000.00 |
| MAI1 | Parish | Maina Church and rectory | Diocese of Agana | Our Lady of Purification Catholic Church | $450,000.00 |
| MAI2 | Parish | Maina Church and rectory | Diocese of Agana | Our Lady of Purification Catholic Church | $0.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| MAL1 & MAL2 | Parish | Malojloj Church | Bishop of Guam | San Isidro Catholic Church | $300,000.00 |
| MAL3 | Parish | Malojloj Church | Bishop of Guam | San Isidro Catholic Church | $250,000.00 |
| MAN1 & MAN8 | Parish | Mangilao Church | Excellency Felixberto C. Flores, D.D., a corporation sole | Santa Teresita Catholic Church | $1,200,000.00 |
| MAN10 | School | FDMS and Knights, Mangilao | Bishop of Guam | Father Duenas Memorial School | $0.00 |
| MAN2 | Not owned by AOA ??? | Unidentified | Catholic Social Services | Office building | $500,000.00 |
| MAN3 | Parish | Mangilao Church, UOG Campus Ministry | Bishop of Guam | | $100,000.00 |
| MAN4 | Parish | Mangilao Church | Roman Catholic Church | | $0.00 |
| MAN5 | Parish | Mangilao Church | Roman Catholic Church | Santa Teresita Catholic Church | $0.00 |
| MAN6 | Parish | Mangilao Church | Roman Catholic Church | Santa Teresita Catholic Church | $0.00 |
| MAN7 | Parish | Mangilao Church | Bishop of Guam | Santa Teresita Catholic Church | $0.00 |
| MER2 | Parish | Merizo Parish | Roman Catholic Apostolic Church in Guam | | $20,000.00 |
| MER3 | Parish | Merizo Parish | Bishop of Guam | | $250,000.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| MER5 | Parish | Merizo Church | Roman Catholic Apostolic Church in Guam | San Dimas & Our Lady of the Rosary Catholic Church | $300,000.00 |
| MER7 | Parish | Merizo Parish | | | |
| MON1 | Parish | Mongmong Basketball Couart | Vicariate Apostolic of Guam | | $55,000.00 |
| MTM1 | Parish | Unidentified | Catholic Social Services | Church basketball court | $150,000.00 |
| ORD2 | Parish | Ordot Church | Bishop of Guam | San Juan Bautista Church | $1,365,000.00 |
| ORD2a | Not AOA Property?? (CSS Rented Mercy) | Unidentified | Archbishop of Guam | ALEE Shelter for Battered Women | $ 150,000.00 |
| ORD3, ORD4, ORD5 & ORD6 | Parish | Ordot Church | Archdiocese of Agana, Anthony S. Apuron, Archbishop, Corporate Sole | Prayer Garden, Walkway and St. Thomas Aquinas Building | $0.00 |
| PGO1 | Cemetery | Pigo Cemetery (made up of 10 separate lots) | The Catholic Church of Guam | Pigo Cemetery | $0.00 |
| PGO10 | Cemetery | Unidentified | Catholic Cemeteries of Guam, Inc. | Pigo Cemetery | $0.00 |
| PGO11 | Cemetery | Unidentified | Catholic Cemeteries of Guam, Inc. | Pigo Cemetery | $0.00 |
| PGO12 | Cemetery | Pigo Cemetery | Roman Catholic Apostolic Church | Pigo Cemetery | $0.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| PGO2 | Cemetery | Pigo Cemetery | Catholic Church of Guam | Pigo Cemetery | $0.00 |
| PGO3 | Cemetery | Pigo Cemetery | Diocese of Agana, Bishop of Guam | Pigo Cemetery | $0.00 |
| PGO4 | Cemetery | Pigo Cemetery | The Catholic Church of Guam | Pigo Cemetery | $0.00 |
| PGO5 | Cemetery | Pigo Cemetery | Catholic Church of Guam | Pigo Cemetery | $0.00 |
| PGO6 | Cemetery | Pigo Cemetery | The Catholic Church of Guam | Pigo Cemetery | $0.00 |
| PGO7 | Cemetery | Pigo Cemetery | The Roman Catholic and Apostolic Church in Guam | Pigo Cemetery | $0.00 |
| PGO8 | Cemetery | Unidentified | Roman Catholic Apostolic Church on Guam | Pigo Cemetery | $0.00 |
| PGO9 | Cemetery | Unidentified | RC Apostolic Church | Pigo Cemetery | $0.00 |
| PIT1 | Cemetery | Cemetery NT | Archbishop of Guam | | $ 45,000.00 |
| PIT2 | Parish | Piti Church | Vicariate Apostolic of Guam | Church; Office; Rectory and Social Hall (adjoining walkway) | $1,050,000.00 |
| SIN10 | Parish | Lot Owned by Dededo Parish | Archbishop of Guam | | $35,000.00 |
| SIN11 | Parish | Sinajana Church | Vicariate Apostolic of Guam | Church parking lot | $0.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| SIN12 | Parish | Sinajana Church | Vicariate Apostolic of Guam | Saint Jude Thaddeus Catholic Church | $0.00 |
| SIN13 | Cemetery | Cemetery NT | Vicariate Apostolic of Guam | | $80,000.00 |
| SIN14 & SIN18 | School | FDMS and Knights, Mangilao | The Catholic Church | Father Duenas Memorial School (The Jungle, Phoenix Center, Boys Chapel, Former Knights of Columbus (Student Center), The Quad, NJROTC Building) | $2,400,000.00 |
| SIN15 | School | FDMS and Knights, Mangilao | Bishop of Guam | | $0.00 |
| SIN19 | School | Bishop Baumgartner, Sinajana | Archbishop of Agana | Bishop Baumgartner School | $1,500,000.00 |
| SIN2 | School | FDMS and Knights, Mangilao | Catholic Church (Vicariate Apostolic of Guam) | Father Duenas Memorial School | $0.00 |
| SIN3 | School | FDMS and Knights, Mangilao | Catholic Church (Vicariate Apostolic of Guam) | Father Duenas Memorial School | $0.00 |
| SIN4 | School | FDMS and Knights, Mangilao | Catholic Church (Vicariate Apostolic of Guam) | Father Duenas Memorial School | $0.00 |
| SIN7 | Parish | Sinajana Church | Vicariate Apostolic of Guam, Bishop of Guam | St. Jude Thaddeus Catholic Church | $750,000.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| SIN8 | Parish | Mongmong Church and Restory | Bishop of Guam | Nuestra Senora de Las Aguas Catholic Church, rectory and social hall | $800,000.00 |
| SIN9 | Parish | Lot Owned by Dededo Parish | Archbishop of Guam | | $35,000.00 |
| STR1 | Parish | Sta. Rita Parish | Bishop of Guam | | $60,000.00 |
| STR2 | Parish | Santa Rita Church | Vicariate Apostolic of Guam | Our Lady of Guadalupe Catholic Church | $400,000.00 |
| TAI1a | School | FDMS and Knights, Mangilao | Archbishop of Agana, a Corporation sole, Michael J. Byrnes, S.T.D., Coadjutor Archbishop | Father Duenas Memorial School | $0.00 |
| TAL1 | Cemetery | Holy Cross Cemetery, Togcha | Vicar Apostolic of Guam and the Marianas Islands | Holy Cross Cemetery | $0.00 |
| TAL2 | Cemetery | Holy Cross Cemetery, Togcha | Bishop of Guam | Holy Cross Cemetery | $0.00 |
| TAL3 | Parish | Talafofo Old Church Lot | Catholic Church of Guam | | |
| TAL4~9 and TAL4~9a | Parish | Unidentified | Vicariate Apostolic of Guam | San Miguel Catholic Church | $640,000.00 |
| TAM4 | School | St. Anthony School | Vicariate Apostolic of Guam | St. Anthony Church and School | $6,200,000.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| TOT1 | Parish | Toto Church | Bishop of Guam | Immaculate Heart of Mary Catholic Church | $320,000.00 |
| TUM2 | Parish | Tumon Church | Bishop of Guam | Blessed Diego Church | $600,000.00 |
| UMA1 | Parish | San Dionisio Parish | Archbishop of Agana | | $30,000.00 |
| UMA2 | Parish | Umatac Church | Roman Catholic Apostolic Church in Guam | San Dionisio Catholic Church | $350,000.00 |
| UMA2 & 3 | Parish | Unidentified | | | $350,000.00 |
| UMA3 | Parish | Umatac Church | Roman Catholic Apostolic Church in Guam | Church parking lot | $0.00 |
| YIG3 | Parish | Yigo Parish | Archbishop of Agana | | $45,000.00 |
| YIG4 | Parish | Yigo Church | Roman Catholic Church | | $55,000.00 |
| YIG5 | Parish | Yigo Church | Archbishop of Guam | Our Lady of Lourdes Church | $1,350,000.00 |
| YON10 | Parish & School | Yona Church and School | Bishop of Guam | | $0.00 |
| YON11 | Parish | Unidentified | Vicariate Apostolic of Guam, a Corporate Sole | St. Francis Church | $0.00 |
| YON12 | Parish | Unidentified | Bishop of Guam, a Corporate Sole | St. Francis Church | $0.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| YON13 | Parish | Unidentified | Bishop of Guam, a Corporate Sole | St. Francis Church | $0.00 |
| YON5 | Cemetery | Holy Cross Cemetery, Togcha | Bishop of Guam | | $1,000,000.00 |

EXHIBIT 10

Part 1, Question 3 and Part 11, Question 21 (SOFA)

Checking, Savings, Money Market, or Financial Brokerage Accounts – Itemized:

The Debtor is civilly incorporated as the "Archbishop of Agana, a Corporation Sole" (AOA).  At the same time, the Code of the Canon Law of the AOA requires that each entity within the Archbishop (e.g., parish, institution) is a separate entity within the Church. The Debtor may have title to property which is held for the benefit of those separate entities.  Therefore, except as otherwise stated, the property listed below is held for the benefit of the parishes and institutions of the AOA, and is not the property of the estate.

| Account Held on Behalf | Institution Name | Address | Type of Account | | Funds Held for Parishes |
|---|---|---|---|---|---|
| Academy of Our Lady of Guam (4 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | $ | 630,428.54 |
| Agana Cathedral (2 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 7,284.60 |
| Agana Heights Parish (1 account) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 132,305.41 |
| Barrigada Parish (5 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 335,635.91 |
| Bishop Baumgartner Memorial Catholic School (3 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 231,574.65 |
| Chalan Pago Parish (2 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 18,355.72 |
| Dededo Parish (9 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 188,293.16 |
| Father Duenas Memorial School (7 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 923,593.95 |
| Inarajan Parish (4 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 115,029.86 |
| Maina Parish (2 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 99,579.10 |
| Malojloj Parish (3 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 46,381.73 |
| Mangilao Parish (2 accounts) | Bank of Guam | PO Box BW | Checking | | 367,095.54 |

| | | Hagatna, GU 96932 | | | |
|---|---|---|---|---|---|
| Merizo Parish (4 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 23,134.25 |
| Ordot Parish (1 account) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 37,423.46 |
| Piti Parish (2 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 21,869.68 |
| Saint Francis Catholic School (1 account) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 199,909.35 |
| San Vincente Catholic School (3 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 93,089.75 |
| Santa Barbara School (2 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 221,647.53 |
| Sinajana Parish (2 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 55,348.43 |
| Sta. Bernadita Parish (2 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 27,353.99 |
| Talafofo Parish (3 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 93,831.31 |
| Tamuning Parish (1 account) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 54,101.67 |
| Toto Parish (3 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 55,612.31 |
| Tumon Parish (14 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 932,104.43 |
| Umatac Parish (2 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 19,592.65 |
| Yigo Parish (3 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 147,574.56 |
| Yona Parish (3 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 50,766.03 |
| | | | | **$** | **5,128,917.57** |